HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RENATA ANNA PIATEK, an individual,

Plaintiff,

v.

MAGDALENA J. SIUDY, an individual,

Defendant.

Case No. C07-05132RBL

ORDER DENYING PLAINTIFF'S MOTION PURSUANT TO FRCP 37(b) FOR DEFENDANT'S FAILURE TO COMPLY WITH ORDER

This matter is before the Court on Plaintiff's Motion Pursuant to FRCP 37(b) for Defendant's Failure to Comply with Order [Dkt. #25]. Following communications between the parties and the Court, the Court DENIES the Plaintiff's motion to compel [Dkt. # 25] as moot.

IT IS SO ORDERED.

Dated this 20th day of February, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1