HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RENATA ANNA PIATEK, an individual,

Plaintiff,

v.

MAGDALENA J. SIUDY, an individual,

Defendant.

Case No. C07-5132RBL

ORDER

The trial date in the above referenced matter is hereby stricken. Plaintiff will have ninety (90) days to conduct the preservation deposition of Eugene Piatek in accordance with the Federal Rules of Civil Procedure. If the deposition cannot be taken within ninety (90) days of the date of this Order, the parties may request an extension of the time period in order to comply with applicable law and meet scheduling demands of the lawyers.

Given the allegations in this case, the Court is not inclined to allow a telephonic preservation deposition with someone claiming to be Eugene Piatek. Apparently, this testimony is central to the plaintiff's claim and the Court needs reasonable assurance that the witness is who he claims to be.

ORDER
Page - 1

1   Once the preservation deposition is completed, the parties shall notify the Court and a new trial
2   date will be set.  A brief discovery deposition may proceed the preservation deposition.  The Motion for
3   Protective Order filed by the defendant on April 8, 2008 is hereby **DENIED as MOOT.**  The Pre-Trial
4   Conference currently scheduled for April 15, 2008 is hereby stricken.
5   Dated this 9th day of April, 2008.

```
                          _____
                          RONALD B. LEIGHTON
                          UNITED STATES DISTRICT JUDGE
```