HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RENATA ANNA PIATEK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAGDALENA J. SIUDY, an individual,<br><br>Defendant. | Case No. C07-5132RBL<br><br>ORDER |

THIS MATTER comes before the Court on defendant's motion for withdrawal of counsel [Dkt. #69]. The Court has reviewed the material in support of the motion and the materials filed in opposition to the motion. The Court is fully advised in the premises and hereby **DENIES** defendant's motion for withdrawal of counsel.

In her opposition papers, plaintiff makes certain requests, not in the form of a motion. First, plaintiff asks for Court approval to use the telephone perpetuation deposition of Eugene Marek Piatek taken on April 8, 2008. For reasons previously discussed with the parties, that request is **DENIED**. Second, plaintiff requests authorization to conduct an in-person deposition of Eugene Marek Piatek through Australian counsel. The Court does not object to such a procedure as it does not violate the

1  Federal Rules of Civil Procedure. See FRCP 28(b)(1)(C). The Court makes no comment on whether or
2  not the requested procedure complies with Australian law. That issue has not been briefed by the parties.
3      DATED this 29th day of April, 2008.

                              /s/ Ronald B. Leighton
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE