|   |   |
|---|---|
| 1 | HONORABLE RONALD B. LEIGHTON |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| RENATA ANNA PIATEK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAGDALENA J. SIUDY, an individual,<br><br>Defendant. | Case No. C07-5132RBL<br><br>ORDER REGARDING DEPOSITION OF EUGENE MAREK PIATEK AND SETTING TRIAL DATE |

THIS MATTER having come before the Court on Plaintiff's Motion for Order Regarding Deposition of Eugene Marek Piatek and Setting Trial Date, the Court having considered the Motion, the response of the defendant, and the reply, and the files and records herein, and being otherwise fully advised in the premises, now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the deposition of Eugene Marek Piatek shall be taken pursuant to the attached Notice of Deposition, which is that Eugene Marek Piatek shall be deposed in person at the offices of WHD Lawyers, located at Level 12, 145 Eagle Street, Brisbane, Queensland, Australia 4000, before a person authorized to administer oaths under Australian law, on Monday, the 26th day of May, 2008, commencing at the hour of 9:00 a.m. Brisbane time, which is Sunday, the 25th day of May 2008, at 4:00 p.m. Seattle time; and it is further

**ORDERED, ADJUDGED AND DECREED** that the deposition transcript created from the above-referenced deposition of Eugene Marek Piatek may be used as a perpetuation or preservation

deposition and read in full at the trial in this action, subject to any objections preserved under Federal Rules of Evidence; and it is further

**ORDERED, ADJUDGED AND DECREED** that trial in this action is set for Monday, August 18, 2008; and it is further

**ORDERED, ADJUDGED AND DECREED** that the pretrial conference in this matter is set for Friday, August 1, 2008 at 8:30 a.m. in Judge Leighton's Courtroom B.

DATED this 15th day of May, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE