The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| RENATA ANNA PIATEK, an individual, | |
|---|---|
| Plaintiff, | NO. CV 07-05132 RBL |
| v. | **JUDGMENT** |
| MAGDALENA J. SIUDY, an individual, | |
| Defendant. | |

The Court, having made and entered its Findings of Fact and Conclusions of Law on August 20, 2008, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that title to the following described real property is vested solely in Renata Piatek:

> Lot 84 of White River Estates as per Plat recorded November 29, 2004 under Recording No. 200411295001, Records of Pierce County Auditor, situate in the County of Pierce, State of Washington.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that because a Lis Pendens was filed in this action on January 22, 2007 under Pierce County Auditor's number 200701220278, the interest of Magdalena J. Siudy and any interest of any person or entity claiming through Magdalena J. Siudy, after that recording of the Lis Pendens, such as assignees, transferees, or successors in interest, is divested.

PROPOSED JUDGMENT - 1
CV 07-05132 RBL

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

534896.01

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that title in Renata Piatek shall vest immediately upon entry of this Judgment, relating back to the date of filing of the Lis Pendens which was January 22, 2007, and Renata Piatek has the immediate right to possession and full ownership of the property. This is a final Judgment effective immediately.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all costs shall be awarded to plaintiff.

IT IS SO ORDERED this 25th day of August, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC


By *s/Roger J. Kindley*                                          
    Roger J. Kindley, WSBA #11875
    Attorneys for Plaintiff

PROPOSED JUDGMENT - 2

CV 07-05132 RBL

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

534896.01